UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEE ARTHUR THOMPSON, a/k/a "LT,"
2.     ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.     JORGE BANUELOS,
4.     CECILIA LOZANO,
5.     DENISE GUTIERREZ,
6.     KENNETH PRIEN, a/k/a "KENNY,"
7.     RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.     WILLIAM L. GLADNEY, a/k/a "L,"
9.     STEVEN LAMONT ELLIS,
10.    JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.    JESSICA CRUTHERS,
12.    PAUL ROSE, JR.,
13.    DAVID ZAMORA,
14.    STEVE ZAMORA, and
15.    MILTON A. YON,

       Defendants.

_____

**ORDER RESCHEDULING FINAL TRIAL PREPARATION CONFERENCE**
_____

The Final Trial Preparation Conference previously set for June 6, 2006 **is hereby reset to June 7, 2006 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 10th day of March 2006.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge