UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

## ORDER REGARDING SUPPLEMENTAL BRIEFING ON SEVERANCE ISSUES

THIS MATTER comes before the Court sua sponte. At the hearing on pending motions to sever held on May 1, 2006, the Court granted an extension to all parties to supplement briefing until Friday, May 5. In conjunction with supplementation, the parties are urged to address the

application of *Crawford v. Washington*, 541 U.S. 36 (2004).

Dated this 2nd day of May, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge