UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

       Defendants.

## ORDER REGARDING JUROR QUESTIONNAIRE

THIS MATTER comes before the Court after the parties' consideration of a questionaire to be used for *voir dire*. **(#620)**. Contrary to the Court's instructions, the parties have not advised the Court as to what additional questions they agree upon. Instead, they have separately submitted their own questions. Without agreement, such questions will not be included. Attached is the juror questionnaire which will be used during the jury selection process. Questions 29 and 30 in the questionnaire reference Exhibits A and B, to be submitted by the

parties.

**IT IS ORDERED** that on or before May 31, 2006, the parties shall jointly submit Exhibit A and Exhibit B to the chambers e-mail account, krieger_chambers@cod.uscourts.gov, in either Word Perfect or Word format.

Dated this 19th day of May, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge