UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

## ORDER EXCUSING JURORS

**IT IS ORDERED** that based upon the stipulations of the parties, the following jurors are excused, for cause, with regard to the upcoming trial in this matter: Terri Lynn Lopez (#100105426), Cheryl Rae Mier (#100107343), Vickie Crompton Mitchell (#100096889), and

Paula Sanburg Ruby (#100088246).

Dated this 9th day of June, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge