UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LEE ARTHUR THOMPSON, a/k/a "LT,"**
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. **WILLIAM L. GLADNEY, a/k/a "L,"**
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER REGARDING FED. R. EVID. 702 MOTIONS

THIS MATTER comes before the Court on two motions **(#782, #878)** under Fed. R. Evid. 702 filed by Defendants Thompson and Gladney with regard to the opinion of Agent Villaruel which the Government intends to offer at trial. Both motions adopt the arguments set forth in a motion filed by Defendant Hutchinson **(#753)**, which the Court heard and ruled upon on September 6, 2006 **(#908)**. The Court concluded that Agent Villaruel's opinion that "cocaine is a substance produced outside the United States and Colorado" is admissible under Fed. R. Evid.

702. However, Defendants Thompson and Gladney did not participate in that hearing and are not bound by the Court's ruling. They are entitled to a hearing on their motions.

**IT IS THEREFORE ORDERED** that on or before **October 27, 2006**, counsel for Defendants Thompson and Gladney, and for the Government, shall jointly telephone chambers at (303) 335-2289 to set the motions for an evidentiary hearing of not more than one hour.

Dated this 13th day of October, 2006

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge