UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LEE ARTHUR THOMPSON, a/k/a "LT,"**
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. **WILLIAM L. GLADNEY, a/k/a "L,"**
9. STEVEN LAMONT ELLIS,
10. **JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"**
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER NOTIFYING PARTIES OF JURY QUESTIONNAIRE PROCEDURE WITH REGARD TO THE TRIAL COMMENCING ON FEBRUARY 5, 2007

The Court hereby notifies the parties that the following procedure will be used with regard to the jury questionnaires for the trial scheduled to commence on February 5, 2007.

It is anticipated that the prospective jurors will complete the questionnaires by January 30, 2007. The attorneys or their representatives shall contact the jury clerk, Joann Garcia, at (303) 335-2049 to make arrangements to review the questionnaires at the courthouse during the week

prior to trial.  If the parties all agree that a particular juror or jurors should be excused for cause, they shall jointly file a motion to excuse such juror or jurors **not later than noon on February 2, 2007.**  All other challenges to the jurors are to be raised on the first day of trial during *voir dire*.

Attached to this Order is a copy of the questionnaire that will be used.  Questions 29 and 30 refer to Exhibits A and B, which the parties have not yet provided for this trial.  If the parties desire these two questions to be asked, they shall submit Exhibits A and B to the chambers e-mail account, krieger_chambers@cod.uscourts.gov, no later than **January 11, 2007**.

**IT IS SO ORDERED**.

Dated this 4th day of January, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge