UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LEE ARTHUR THOMPSON, a/k/a "LT,"**
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. **WILLIAM L. GLADNEY, a/k/a "L,"**
9. STEVEN LAMONT ELLIS,
10. **JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"**
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER

IT IS HEREBY ORDERED that a Final Trial Preparation Conference for the trial scheduled to begin February 5, 2007 is set for **February 2, 2007 at 3:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 9th day of January, 2007

                                         **BY THE COURT:**

                                         *[Signature: Marcia S. Krieger]*

                                         Marcia S. Krieger
                                         United States District Judge