UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **LEE ARTHUR THOMPSON, a/k/a "LT,"**
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. **WILLIAM L. GLADNEY, a/k/a "L,"**
9. STEVEN LAMONT ELLIS,
10. **JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"**
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

      Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

**IT IS HEREBY ORDERED** that a scheduling conference is set for **January 22, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.  Counsel shall be prepared to address Mr. Thompson's request for new counsel **(#1077)** and the effect of the counts against all three defendants being tried together on the length of the trial scheduled to commence on February 5, 2007.

Dated this 12th day of January 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge.