UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LEE ARTHUR THOMPSON, a/k/a "LT,"**
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. **WILLIAM L. GLADNEY, a/k/a "L,"**
9. STEVEN LAMONT ELLIS,
10. **JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"**
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, *DAWN CASTRO, DOB: 04/29/1985,* on January 26, 2007 for an interview and before United States District Judge Marcia S. Krieger, on February 5, 2007, at 8:30 a.m., for a Jury Trial in the above captioned cause, and

to hold him/her at all times in the United States Marshal's custody as an agent of the United States of America until he/she has appeared as a material witness, and immediately thereafter to return the witness to the institution where he/she is now confined, under safe and secure conduct..

Dated this 23rd day of January, 2007

                    **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge