UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LEE ARTHUR THOMPSON, a/k/a "LT,"
2.     ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.     JORGE BANUELOS,
4.     CECILIA LOZANO,
5.     DENISE GUTIERREZ,
6.     KENNETH PRIEN, a/k/a "KENNY,"
7.     RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.     WILLIAM L. GLADNEY, a/k/a "L,"
9.     STEVEN LAMONT ELLIS,
10.    JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.    JESSICA CRUTHERS,
12.    PAUL ROSE, JR.,
13.    DAVID ZAMORA,
14.    STEVE ZAMORA, and
15.    MILTON A. YON,

        Defendants.

**ORDER GRANTING MOTION FOR TERMINATION OF ELECTRONIC SERVICE (ECF) NOTIFICATION**

THIS MATTER is before the Court on the Motion for Termination of Electronic Service **(#1124)**. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#1124) is GRANTED.** Department of Human Services' Motion is Granted. ECF Notification to Assistant County Attorney Roy Wallis (rwallis@jeffco.us), Assistant County Attorney Patricia W. Gilbert (pgilbert@jeffco.us), and

Legal Assistant Deborah Hokanson (dhokanso@jeffco.us) shall be terminated.

Dated this 30th day of January, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge