## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover    Date: February 5, 2007
Court Reporter: Paul Zuckerman

Criminal Action No. 05-cr-00141-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| UNITED STATES OF AMERICA, | Jaime Pena |
|  | Gregory Rhodes |
| Plaintiff, |  |
| v. |  |
| LEE ARTHUR THOMPSON, | Ronald Gainor |
| WILLIAM R. GLADNEY, and | Dennis Hartley |
| JUNIOR RAY MONTOYA | Wade Eldredge |
| Defendant. |  |

## COURTROOM MINUTES

HEARING: Final Trial Preparation Conference

**3:08 p.m.    Court in session**.

Defendants present in custody.

**ORDER:** Government to file stipulated motion to excuse specific jurors for cause by noon on February 6, 2007.

**ORDER:** Defendant Gladney and Thompson's Motions for 702 Hearing (**Doc.# 782** and **#878**) are **DENIED,** as moot.

**ORDER:** Defendant Thompson's Motion in Limine to Supplement Motion for Severance (**Doc. #600)** is **DENIED** without prejudice.

**ORDER:** Defendant Thompson's Motion in Limine **(Doc. #1085)** is **GRANTED** as to the matters stipulated to by the parties and **DENIED**, without prejudice as to the remainder.

The parties stipulate that witness Suzanne Utley may be called out of order on February 14, 2007 in the morning.

No objections to the statement of the case instruction filed by the Government or to the Court's initial jury instructions.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Voire dire.  Each party defendant and the Government will have 6 peremptory challenges; each party (side) may strike one alternate.

**ORDER:**   Defendant Gladney's Motion per Diem (**Doc. #1112**) is still outstanding.  Counsel is authorized to incur the necessary expenses and submit a voucher at the conclusion of trial for consideration.

The attorneys for the Government are excused from the hearing because the Court will address defense counsel's Ex Parte Motions.

**3:58 p.m.**   **Court in recess**

**Total Time:   50 minutes**
**Hearing concluded.**