IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-141(1)-MSK
Civil Action No. 10-cv-01828-MSK

LEE ARTHUR THOMPSON,

       Petitioner,

v.

UNITED STATES OF AMERICA,

       Respondent.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before **September 20, 2010**, shall file an answer or other pleading directed to the motion pursuant to Rules 4 and 5 of the Rules Governing Section 2255 Proceedings.

DATED this 5th day of August, 2010.

                                             **BY THE COURT:**

                                             Marcia S. Krieger
                                             United States District Judge